David J. Kaminski (SBN: 128509)
Kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
Gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendants,
MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI NAKHJAVANI, an individual, | CASE NO. 8:13-cv-01555-JLS (JPR) |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| MIDLAND FUNDING, LLC; and MIDLAND CREDIT MANAGEMENT, INC. | |
| Defendants. | |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this entire action has been settled.  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

/ / /

/ / /

/ / /

{00015090;1}
07630.00

1

1    In light of the settlement, the parties request that the Court take off
2  calendar all future hearing dates in this case.

3  DATED:  March 5, 2014                    CARLSON & MESSER LLP

4

5                                           By: /s/ Tamar Gabriel
6                                              David J. Kaminski
                                               Tamar Gabriel
7                                              Attorneys for Defendants,
                                               MIDLAND FUNDING, LLC and
8                                              MIDLAND CREDIT MANAGEMENT, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00015090;1}
07630.00                               2